UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOCKSIDE CONDOMINIUM OF MARCO
ISLAND, INC.

    Plaintiff,

vs.

State Case. No: 10-5878-CA
Case No.:

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY ("Nationwide"), by and through its undersigned counsel and pursuant to 28 U.S.C. section 1441 *et seq.*, hereby removes the cause of action now pending in the Circuit Court for the Twentieth Judicial Circuit in and for Collier County, Florida, styled *Dockside Condominium of Marco Island, Inc. v. Nationwide Mutual Fire Insurance Company*, Case Number 10-5878-CA, to the United States District Court for the Middle District of Florida, Fort Myers Division. In support of this Notice of Removal, Nationwide respectfully shows the following:

1.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332.

2.     This matter relates to a breach of contract action Plaintiff has filed against Nationwide concerning a policy of insurance (Policy Number 77 BP 571-417-0002), which was issued to Plaintiff with the effective period of January 19, 2007 to January 19, 2008.

## COMPLETE DIVERSITY EXISTS

3.  Based upon information and belief, Plaintiff was, and is, a Florida corporation with its principal address in Marco Island, Florida.

4.  At the time this action was commenced, at the present time, and at all times material to this action, Nationwide was, and is, an Ohio corporation with its principal place of business in Columbus, Ohio.

5.  At no time material to this action were Plaintiff and Nationwide citizens of the same State for purposes of this removal. Therefore, complete diversity exists between the parties in accordance with 28 U.S.C. section 1332.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

6.  The Complaint in this action asserts a claim for damages in excess of $15,000.

7.  Based upon the allegations contained in Plaintiff's Complaint and the limits of insurance contained in the policy of insurance (Policy Number 77 BP 571-417-0002), attached to Plaintiff's Complaint, the amount of damages sought by Plaintiff is approximately 109,460.00, exclusive of interest, costs and attorney's fees.

8.  Pursuant to 28 U.S.C. § 1446(a), and M.D. Loc. Rule 4.02(b) true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind filed with the state court are being filed with this Notice of Removal via 1 CD contemporaneously presented to the Clerk of Court for filing and uploading to the CM/ECF system.

9.  Pursuant to 28 U.S.C. §1446(d), Nationwide has provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all

attachments, to all adverse parties and with the Clerk of Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County.

10. A copy of this Notice of Removal is being filed by Nationwide with the state court where this action is pending, "promptly after" the filing in this Court of this Notice of Removal. 28 U.S.C. § 1446(b).

11. A copy of the Notice of Removal to Opposing Counsel is attached hereto as **Exhibit "A."** A copy of the Certification of Notice of Removal is attached hereto as **Exhibit "B."**

WHEREFORE, Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, respectfully requests that this Honorable Court exercise jurisdiction over this matter.

> s/ Thomas A. Keller
> Florida Bar No.: 153354
> BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
> One Harbour Place, Suite 500
> 777 S. Harbour Island Boulevard
> Tampa, Florida 33602
> Telephone: (813) 281-1900
> Facsimile: (813) 281-0900
> tkeller@butlerpappas.com
> Attorney for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via regular U.S. mail to:

    Kelly Kubiak, Esq.
    Merlin Law Group, P.A.
    777 S. Harbour Island Blvd.
    Ste. 950
    Tampa, FL 33602

    s/ Thomas A. Keller
    Florida Bar No.: 153354
    BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
    One Harbour Place, Suite 500
    777 S. Harbour Island Boulevard
    Tampa, Florida 33602
    Telephone: (813) 281-1900
    Facsimile: (813) 281-0900
    tkeller@butlerpappas.com
    Attorney for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL DIVISION

DOCKSIDE CONDOMINIUM OF
MARCO ISLAND, INC.,

    Plaintiff,

CASE NO. 10-5878-CA

vs.

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,

    Defendant
_____/

## DEFENDANT'S NOTICE OF REMOVAL TO OPPOSING COUNSEL

TO:   Kelly L. Kubiak, Esq.
       Merlin Law Group, P.A.
       777 S. Harbour Island Blvd.
       Ste. 950
       Tampa, FL 33602

YOU ARE HEREBY NOTIFIED that on this 4TH day of November, 2010, Defendant, Nationwide Mutual Fire Insurance Company, did remove the above-styled action to the United States District Court, Middle District of Florida, Ft. Myers Division.

Defendant did mail to the Office of the Clerk of the Unites States District Court of the Middle District of Florida, its Notice of Removal of the above-styled cause to the United States District Court for the Middle District of Florida, a copy of said Notice of Removal being provided contemporaneously with this Notice, and that removal of said cause to the United States District Court for the Middle District of Florida has been affected hereby.

You will please serve the undersigned with copies of all pleadings which may be filed by you in the United States District Court for the Middle District of Florida, pursuant to the removal of said cause aforesaid, in accordance with the Rules of Civil Procedure


EXHIBIT A

obtaining in the said District Court.

                Respectfully submitted,

                BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

                THOMAS A. KELLER, ESQ.
                Florida Bar No.: 0153354
                One Harbour Place, Suite 500
                777 S. Harbour Island Boulevard
                Tampa, Florida  33602
                Telephone: (813) 281-1900
                Facsimile: (813) 281-0900
                Attorney for Defendant, Nationwide Mutual Fire Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on:

Kelly L. Kubiak, Esq.
Merlin Law Group, P.A.
777 S. Harbour Island Blvd.
Ste. 950
Tampa, FL 33602

by U.S. Mail on November 4, 2010.

                THOMAS A. KELLER, ESQ.

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL DIVISION

DOCKSIDE CONDOMINIUM OF
MARCO ISLAND, INC.,

CASE NO. 10-5878-CA

    Plaintiff,

vs.

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,

    Defendant
_____/

## DEFENDANT'S CERTIFICATION OF NOTICE OF REMOVAL

TO:  Clerk, 20th Judicial Circuit
      Collier Government Complex
      3301 East Tamiami Trail
      Naples, FL 34112

In compliance with 28 U.S.C, Section 1446(d), you are hereby notified of the filing of a Notice of Removal of the above-styled cause to the United State District Court for the Middle District of Florida, Ft. Myers Division, copies of which are attached hereto.

This 4th day of November, 2010.

    Respectfully submitted,

    BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

    _____
    THOMAS A. KELLER, ESQ.
    Florida Bar No.: 0153354
    One Harbour Place, Suite 500
    777 S. Harbour Island Boulevard
    Tampa, Florida 33602
    Telephone: (813) 281-1900
    Facsimile: (813) 281-0900
    Attorney for Defendant, Nationwide Mutual Fire Insurance Company

EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on:

Kelly L. Kubiak, Esq.
Merlin Law Group, P.A.
777 S. Harbour Island Blvd.
Ste. 950
Tampa, FL 33602

by U.S. Mail on November 4, 2010.

_____
THOMAS A. KELLER, ESQ.