COPY

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR COLLIER COUNTY
CIVIL DIVISION

DOCKSIDE CONDOMINIUM OF MARCO
ISLAND, INC.,

    Plaintiff,

vs.

CASE NO: 10-5878-CA

DIVISION:

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, DOCKSIDE CONDOMINIUM OF MARCO ISLAND, INC. ("DOCKSIDE") by and through the undersigned counsel, and hereby sues the Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY ("NATIONWIDE"), and alleges the following:

### GENERAL ALLEGATIONS

1. This is an action for damages exceeding Fifteen-Thousand and 00/100 Dollars ($15,000.00), exclusive of costs.

2. At all times material to this cause of action, DOCKSIDE was and is the owner of property located at 848 Elkcam Circle, Marco Island, Collier County, Florida.

3. At all times material to this cause of action, NATIONWIDE INSURANCE was and is a corporation in the business of insurance and conducts business in Collier County, Florida, and throughout the State of Florida.

4. NATIONWIDE INSURANCE provided property insurance coverage to DOCKSIDE under a commercial property insurance policy bearing number 7709 BP571417 0002, which insured the premises located at, owned and/or occupied by DOCKSIDE at 848

Elkcam Circle, Marco Island, Collier County, Florida, for the policy period of January 19, 2007 to January 19, 2008. A copy of the policy is attached hereto as **Exhibit "A."**

5. NATIONWIDE's policy is an "All Risk" policy.

6. On or about January 19, 2007, the property insured by NATIONWIDE INSURANCE suffered property damage caused by a peril insured under the aforementioned policy.

7. DOCKSIDE made demand for recognition of full coverage and payment for the loss and damages sustained as a result of the loss described above and properly due and owing under the Policy.

8. Despite the demand by DOCKSIDE for full payment, such payment has not been forthcoming, which constitutes a breach of the terms of the applicable Policy or Policies.

9. As a result, DOCKSIDE has suffered damages. These damages include, but are not limited to, the amount to which DOCKSIDE is legally entitled under the Policy for the damage sustained to its property, plus expert fees and costs, pre-judgment interest, and all other relief deemed just and appropriate by this Court.

WHEREFORE, Plaintiff, DOCKSIDE, demands judgment against NATIONWIDE INSURANCE, in an amount exceeding Fifteen-Thousand and 00/100 ($15,000.00), exclusive of costs, expert fees and costs, prejudgment interest, and all other relief deemed just and appropriate by this Court, including attorney's fees pursuant to Florida Statute §627.428.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable.

Dated this \_\_\_29th\_\_\_ day of September, 2010.

                                                  KELLY L. KUBIAK, ESQ.
Florida Bar No.: 108952
Edward L. Acle, Esq.
Florida Bar No. 462373
777 South Harbour Island Blvd., Ste. 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
Attorneys for Plaintiff